## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Dooley v. JetBlue          Docket No.: 15-1356cv

Lead Counsel of Record (name/firm) or Pro se Party (name): Matthew A. Steinberg, Akerman LLP

Appearance for (party/designation): JetBlue Airways Corporation

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✔] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[✔] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
[ ] Incorrect. Please change the following parties' designations:
    Party                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[ ] Correct
[✔] Incorrect or Incomplete, and should be amended as follows:

Name: Matthew A. Steinberg, Esq.
Firm: Akerman LLP
Address: 666 Fifth Avenue, 21st Floor
Telephone: 212-880-3826            Fax: 212-905-6480
Email: matthew.steinberg@akerman.com

### RELATED CASES

[✔] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [✔] I applied for admission on June 10, 2015 (previously admitted in 2004) or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Matthew A. Steinberg
Type or Print Name: Matthew A. Steinberg
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.